UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ASARE | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| TARGET CORPORATION, | ) |
| DBA TARGET STORES, INC. | ) |
| Defendant | )       JANUARY 10, 2020 |

## DEFENDANT TARGET CORPORATION DBA TARGET STORES, INC.'S NOTICE OF REMOVAL

**To the Judges of the United States District Court for The District of Connecticut:**

The Defendant Target Corporation dba Target Stores, Inc., by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of Ansonia-Milford, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

(1)     The Plaintiff served an action against Defendant Target Corporation dba Target Stores Inc., on or about December 12, 2019, filed on December 26, 2019, entitled <u>Rita Asare v. Target Corporation dba Target Stores, Inc., AAN-CV-20-60366761-S</u>, bearing a return date of January 14, 2020 and made returnable to the Judicial District of Ansonia-Milford at Milford.  A copy of the Summons and Complaint is attached hereto as Exhibit "A".

(2)     In the Complaint, the Plaintiff Rita Asare asserts claims for common law negligence and carelessness against the Defendant alleging that the Plaintiff Rita Asare sustained physical injuries and damages when she allegedly slipped and fell in the Target store in Ansonia, Connecticut on December 13, 2017.  The Plaintiff is claiming physical injuries, some of which are stated to be "permanent", that include injuries to her back and left ankle and is making a claim for lost wages. Although liability and damages are disputed by the Defendant, any award

in favor of the Plaintiff could potentially exceed the jurisdictional threshold of $75,000 given the claims made by the Plaintiff as set forth in the Complaint.

(3)     Target Corporation dba Target Stores, Inc. is a Minnesota corporation with a principal place of business in Minneapolis Minnesota.

(4)     Plaintiff Rita Asare is a resident, citizen and is domiciled in Derby, Connecticut. She provided an address of 21 Clark Extension, Derby, Connecticut on the Summons dated December 12, 2019 and filed on December 26, 2019.

(5)     The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the matter is between citizens of different states and the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6)     This Notice of Removal is being filed within thirty (30) days of Defendant being notified of this lawsuit and Defendant Target Corporation dba Target Stores, Inc., has complied with all requirement of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Corporation dba Target Stores, Inc, respectfully requests that the above action be removed from the Superior Court, Judicial District of Ansonia-Milford, State of Connecticut, to this Honorable Court.

DEFENDANT TARGET CORPORATION dba TARGET STORES, INC.

__/s/ Dawn Neborsky  #27985____
Dawn M. Neborsky, Esq.
Bonner, Kiernan, Trebach & Crociata
40 Court Street
Boston, MA 02108
Fed. Bar No. 27985
617-426-3900
dneborsky@bonnerkiernan.com

## CERTIFICATE OF SERVICE

This is to certify that on this 10th Day of January 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Zisca St. Clair
Rome McGuigan, PC
One State Street
Hartford, CT 06103-3101


                                                /s/ *Dawn M. Neborsky*
                                                Dawn M. Neborsky

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 11-19
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| | |
|---|---|
| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | **STATE OF CONNECTICUT SUPERIOR COURT** www.jud.ct.gov  |

Instructions are on page 2.

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 14 West River Street, P.O. Box 210, Milford, CT 06460 | ( 203 ) 877 – 4293 | January 14, 2020 |

| [x] Judicial District      G.A. | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|
| [ ] Housing Session    [ ] Number: | Milford | Major: T     Minor: 3 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Rome McGuigan, P.C. One State Street, Hartford, CT 06103 | 027726 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 860 ) 549 – 1000 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [x] Yes [ ] No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) zstclair@rms-law.com |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Rita Asare, 21 Clark Extension, Derby, CT 06418  Address: | P-01 |
| Additional plaintiff | Name: Address: | P-02 |
| First defendant | Name: Target Corporation d/b/a Target Stores, Inc., 1000 Nicollet Mall, Minneapolis, MN 55403  Address: Agent for Service: CT Corporation Counsel, 67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| Additional defendant | Name: Address: | D-02 |
| Additional defendant | Name: Address: | D-03 |
| Additional defendant | Name: Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date 12/12/2019 | Signed (Sign and select proper box) *(signature)* | [x] Commissioner of Superior Court [ ] Clerk | Name of person signing Zisca St. Clair |
|---|---|---|---|

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
   Do not use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
|  | C 10 | Construction - State and Local |  | P 10 | Partition |
|  | C 20 | Insurance Policy |  | P 20 | Quiet Title/Discharge of Mortgage or Lien |
|  | C 30 | Specific Performance |  | P 30 | Asset Forfeiture |
|  | C 40 | Collections |  | P 90 | All other |
|  | C 50 | Uninsured/Underinsured Motorist Coverage |  |  |  |
|  | C 90 | All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
|  |  |  |  | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation |  | T 11 | Defective Premises - Public - Snow or Ice |
|  | E 10 | Redevelopment Condemnation |  | T 12 | Defective Premises - Public - Other |
|  | E 20 | Other State or Municipal Agencies |  | T 20 | Products Liability - Other than Vehicular |
|  | E 30 | Public Utilities & Gas Transmission Companies |  | T 28 | Malpractice - Medical |
|  | E 90 | All other |  | T 29 | Malpractice - Legal |
|  |  |  |  | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit |  | T 40 | Assault and Battery |
|  | H 12 | Housing - Rent and/or Damages |  | T 50 | Defamation |
|  | H 40 | Housing - Housing - Audita Querela/Injunction |  | T 61 | Animals - Dog |
|  | H 50 | Housing - Administrative Appeal |  | T 69 | Animals - Other |
|  | H 60 | Housing - Municipal Enforcement |  | T 70 | False Arrest |
|  | H 90 | Housing - All Other |  | T 71 | Fire Damage |
|  |  |  |  | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
|  | M 10 | Receivership |  | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
|  | M 20 | Mandamus |  | V 05 | Motor Vehicles* - Property Damage only |
|  | M 30 | Habeas Corpus (extradition, release from Penal Institution) |  | V 06 | Motor Vehicle* - Products Liability Including Warranty |
|  | M 40 | Arbitration |  | V 09 | Motor Vehicle* - All other |
|  | M 50 | Declaratory Judgment |  | V 10 | Boats |
|  | M 63 | Bar Discipline |  | V 20 | Airplanes |
|  | M 66 | Department of Labor Unemployment Compensation Enforcement |  | V 30 | Railroads |
|  |  |  |  | V 40 | Snowmobiles |
|  | M 68 | Bar Discipline - Inactive Status |  | V 90 | All other |
|  | M 70 | Municipal Ordinance and Regulation Enforcement |  |  | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
|  | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |  |  |  |
|  | M 83 | Small Claims Transfer to Regular Docket |  |  |  |
|  | M 84 | Foreign Protective Order | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
|  | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |  | W 90 | All other |
|  | M 90 | All other |  |  |  |

| | |
|---|---|
| RETURN DATE: JANUARY 14, 2020 | : SUPERIOR COURT |
| RITA ASARE | : J.D. OF ANSONIA-MILFORD |
| V. | : AT MILFORD |
| TARGET CORPORATION D/B/A TARGET STORES, INC. | : DECEMBER 12, 2019 |

## COMPLAINT

1. On December 13, 2017, and all times referenced herein, the Plaintiff Rita Asare was a resident of the Town of Derby, Connecticut.

2. On December 13, 2017, and all times referenced herein, the Defendant, Target Corporation d/b/a Target Stores, Inc. (hereinafter "Target" or "Defendant") was a Minnesota corporation with a principal place of business in Minneapolis, Minnesota, and authorized to conduct business within the State of Connecticut.

3. On or about December 13, 2017, and all times referenced herein, Target owned, possessed, operated, managed, controlled and/or maintained real estate and a building at and on 20 West Main Street, Ansonia, Connecticut (hereinafter the "Premises").

4. On December 13, 2017, and all times referenced herein, the Defendant, operated a retail store on the Premises referred to as Target.

5. On or about December 13, 2017 at approximately 7:45 p.m., the Plaintiff, Rita Asare, was a business invitee and patron at Target. As the plaintiff was walking near the entrance of the Premises, she was caused to slip and fall on an unknown substance on the floor.

6. At all times mentioned herein, said Target public area and floor were owned, controlled, possessed, managed and/or maintained by the defendant, its agents, servants and/or employees.

Rome McGuigan, P.C.
One State Street-21st Floor, Hartford, CT 06103-3101 • (860) 549-1000• (860) 724-3921 fax • Juris No. 27726

1

7. Said occurrence was due to the negligence and carelessness of the Defendant in one or more of the following ways:

   a) In that it caused or allowed and permitted the floor to be and remain in a slippery, dangerous and unsafe condition;

   b) In that it caused or allowed and permitted the floor to be covered in a liquid when the same was dangerous to the Plaintiff and other patrons walking on said floor;

   c) In that it failed to remedy or repair said condition when the same was reasonably necessary under the circumstances;

   d) In that it failed to adequately warn the plaintiff of said condition;

   e) In that it failed to make reasonable and proper inspection of the floors;

   f) In that it maintained said property in the aforesaid condition.

8. The Defendant knew, or had it exercised due care or proper diligence, should have known, of the aforesaid conditions.

9. As a direct and proximate result of the negligence and carelessness of the Defendant, the Plaintiff received and suffered from injury to her low back and left ankle. The Plaintiff also suffered from a shock to her nervous system, and emotional pain and suffering. From all of the aforesaid injuries, or the effects thereof, the Plaintiff has suffered and will continue to suffer pain and mental anguish, some of which injuries are, or are likely to be, permanent in nature.

10. As a further direct and proximate result of the negligence and carelessness of the Defendant, the Plaintiff has incurred expenses for medical care and attention, all of which has caused her damage.

Rome McGuigan, P.C.
One State Street-21st Floor, Hartford, CT 06103-3101 • (860) 549-1000• (860) 724-3921 fax • Juris No. 27726

2

11. As a further direct and proximate result of the negligence and carelessness of the Defendant, the Plaintiff has suffered a loss of income and was impaired from performing her usual work activities.

12. As a further direct and proximate result of the negligence and carelessness of the Defendant, the Plaintiff was unable, and remains unable to participate in and enjoy her usual life activities.

PLAINTIFF, RITA ASARE

By: _____
Zisca St. Clair, Esq.
Rome McGuigan, PC
One State Street
Hartford, CT 06103-3101
Tel. (860) 549-1000
Fax: (860) 724-3921
Email: zstclair@rms-law.com
Juris # 27726

**Rome McGuigan, P.C.**
One State Street-21st Floor, Hartford, CT 06103-3101 • (860) 549-1000 • (860) 724-3921 fax • Juris No. 27726

20015-1/MX1259

3

| | | |
|---|---|---|
| RETURN DATE: JANUARY 14, 2020 | : | SUPERIOR COURT |
| RITA ASARE | : | J.D. OF ANSONIA-MILFORD |
| V. | : | AT MILFORD |
| TARGET CORPORATION D/B/A TARGET STORES, INC. | : | DECEMBER 12, 2019 |

## AD DAMNUM

The Plaintiff in the above-captioned matter hereby claims damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

PLAINTIFF, RITA ASARE

By: *[signature]*

Zisca St. Clair, Esq.
Rome McGuigan, PC
One State Street
Hartford, CT  06103-3101
Tel. (860) 549-1000
Fax: (860) 724-3921
Email: zstclair@rms-law.com
Juris # 27726

Rome McGuigan, P.C.
One State Street-21st Floor, Hartford, CT 06103-3101 • (860) 549-1000 • (860) 724-3921 fax • Juris No. 27726

20015-1/MX1259

4